UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER O'BRIEN JOHNSON,

    Plaintiff,

Case No.: 1:12-cv-486

v.

HONORABLE PAUL L. MALONEY

INSPECTOR SCHIEBNER et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 28). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendants' motion for summary judgment (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that all of plaintiff's claims against defendants are DISMISSED without prejudice, with the exception of plaintiff's exhausted First Amendment claim against Sergeant Paul Schreiber.

Dated: March 14, 2013

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge