UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER O'BRIEN JOHNSON,

    Plaintiff,

v.

PAUL SCHREIBER,

    Defendant,
_____/

Case No. 1:12-cv-486

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:  March 14, 2014

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District